| ≋PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* |
| --- | --- |
| | 1:11CR10045-001 |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |
| | 3:13-00247-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| --- | --- | --- |
| TINA NIEVES<br>1535 Chariot Drive<br>Murfreesboro, TN 37130 | WESTERN TENNESSEE | EASTERN |
| | NAME OF SENTENCING JUDGE | |
| | HONORABLE J. DANIEL BREEN | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 08/10/2012 | TO 08/09/2013 |

OFFENSE

Possession with Intent to Distribute and Distribution of a Schedule IV Controlled Substance, Alprazolam (21 U.S.C. § 841(a)(1)), and Possession with Intent to Distribute and Distribution of a Schedule III Controlled Substance, Dihydrocodeinone (two counts, 21 U.S.C. § 841(a)(1))

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____WESTERN_____ DISTRICT OF _____TENNESSEE_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____MIDDLE DISTRICT OF TENNESSEE_____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

8/23/12
Date

*signature*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____MIDDLE_____ DISTRICT OF _____TENNESSEE_____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12-9-13
*Effective Date*

*signature*
United States District Judge